Samantha Ruscavage-Barz, *Pro Hac Vice*
WildEarth Guardians
516 Alto Street
Santa Fe, NM 87501
TEL: (505) 401-4180
sruscavagebarz@wildearthguardians.org

Alex Freeburg
Freeburg Law, LLC
Box 3442
Jackson, WY 83001
TEL: (307) 200-9720
alex@tetonattorney.com

*Attorneys for Petitioner WildEarth Guardians*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Petitioner, ) | Case No. 2:16-CV-00166-ABJ |
| ) | |
| v. ) | **NOTICE OF** |
| ) | **UNAVAILABILITY OF** |
| RYAN ZINKE, ) | **PETITIONER'S** |
| U.S. OFFICE OF SURFACE MINING ) | **COUNSEL** |
| RECLAMATION AND ENFORCEMENT, ) | |
| and U.S. DEPARTMENT OF THE INTERIOR,) | |
| ) | |
| Respondents, ) | |
| ) | |
| and ) | |
| ) | |
| STATE OF WYOMING and ) | |
| ANTELOPE COAL LLC, ) | |
| ) | |
| Intervenor-Respondents. ) | |

Petitioner WildEarth Guardians ("Guardians'), through undersigned counsel, provides this Notice of Unavailability of Guardians' Lead Counsel—Samantha Ruscavage-Barz—as a courtesy to the Court. This case has been fully briefed as of June 2, 2017. Dkt. 100. The Court may decide this case on the briefs submitted, or decide to set oral argument. Should the Court determine that oral argument is necessary, Guardians wishes to provide notice that Guardians' lead counsel is unavailable to attend argument on the following dates for the following reasons:

- April 3, 2018 (pre-trial conference in D. Colo.)
- April 9-13, 2018 (trial in D. Colo.)
- May 7-July 13, 2018 (sabbatical)

Respectfully submitted on this 21st day of February 2018,

| | |
|---|---|
| */s/ Samantha Ruscavage-Barz* | */s/ Alex Freeburg* |
| Samantha Ruscavage-Barz | Alex Freeburg |
| WildEarth Guardians | Freeburg Law, LLC |
| 516 Alto Street | Box 3442 |
| Santa Fe, NM 87501 | Jackson, WY 83001 |
| TEL: (505) 401-4180 | TEL: (307) 200-9720 |
| sruscavagebarz@wildearthguardians.org | alex@tetonattorney.com |

*Attorneys for Petitioner WildEarth Guardians*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 21st day of February 2018.

                                                        /s/ Samantha Ruscavage-Barz